**DISMISS and Opinion Filed June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00540-CV

**FORUM STUDIO, INC. AND CLAYCO, INC., Appellants**
**V.**
**INTELLICENTER DALLAS INVESTMENTS LLP, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02018**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is Intellicenter Dallas Investments LLP's motion to dismiss the appeal for want of jurisdiction. Intellicenter contends this Court lacks jurisdiction because the order appealed is an unappealable interlocutory order.

Clayco, Inc. provided architectural and engineering services to Intellicenter Dallas Investments LLP. After a dispute arose, Intellicenter filed a demand for arbitration with the American Arbitration Association. Subsequently, Clayco and Forum Studio, Inc. (collectively Clayco) commenced the underlying lawsuit seeking to stay the arbitration and declaratory judgment relief. Intellicenter filed a motion to compel arbitration and stay trial court proceedings in the underlying lawsuit. On the same day, Clayco filed a motion to dismiss the arbitration complaint in this lawsuit because Intellicenter did not provide the required certificate

of merit in the arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(a) & (e) (West 2011). Following a hearing, the trial court granted the motion to compel arbitration and ordered the case "including the Court's consideration of Plaintiffs' Motion to Dismiss" stayed pending the arbitration. Clayco appeals this order.

An appeal from an interlocutory order must be authorized by statute. *See Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352 (Tex. 2001). We strictly construe statutes authorizing interlocutory appeals. *See State Fair of Tex. v. Iron Montain Info. Mgmt., Inc.*, 299 S.W.3d 261, 263 (Tex. App.—Dallas 2009, no pet.).

Chapter 150 of the civil practice and remedies code concerns licensed and registered professionals. Section 150.002 provides that in any action *or* arbitration proceeding for damages arising out of the provision of professional services by a licensed or registered professional, the plaintiff must file with the complaint an affidavit of a qualified third party in the same profession substantiating the plaintiff's claims. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(a) & (b). The plaintiff's failure to file the affidavit shall result in dismissal of the complaint against the defendant. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(e). An order *granting or denying* a motion for dismissal under section 150.002 is immediately appealable as an interlocutory order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(f).

Intellicenter contends this Court lacks jurisdiction because the trial court's interlocutory order did not grant or deny Clayco's motion to dismiss the arbitration complaint under section 150.002. Clayco acknowledges this fact. In its notice of appeal from the order granting the motion to compel arbitration, Clayco states the appeal "is filed pursuant to Section 150.002(f) . . . as the aforementioned order of the Court is a disposition of, and de facto denial of Plaintiff's Motion for Dismissal under Section 150.002." As noted above, however, section 150.002(f) authorizes an interlocutory appeal only from an order granting or denying a motion to dismiss

under that chapter. The order here does neither. Rather, the trial court stayed the case pending arbitration, "including consideration of Plaintiffs' Motion to Dismiss."

Because the trial court did not grant or deny Clayco's motion to dismiss, we grant Intellicenter's motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).


150540F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FORUM STUDIO, INC. AND
CLAYCO, INC., Appellants

No. 05-15-00540-CV          V.

INTELLICENTER DALLAS
INVESTMENTS LLP, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-15-02018.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee INTELLICENTER DALLAS INVESTMENTS LLP recover its costs of this appeal from appellants FORUM STUDIO, INC. AND CLAYCO, INC.

Judgment entered June 24, 2015.